■ In the Matter of RICHARD SALUGA et al., Respondents, v JOSEPH CAVERLY et al., Appellants.—Appeal from a judgment of the Supreme Court, Westchester County, entered March 14, 1987.

Ordered that the judgment is affirmed, with one bill of costs payable by the appellants appearing separately and filing separate briefs, for reasons stated by Justice Dachenhausen at the Supreme Court. Mollen, P. J., Thompson, Rubin and Sullivan, JJ., concur.